**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TASHONDA TROUPE, *individually and on behalf of Lamar Catchings, deceased*, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 4:24-cv-00310-MTS |
| DANIEL J. MORGAN, *et al.*, | ) ) ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

This case is before the Court on review of the file. Plaintiff has not filed proof of service of either Defendant in this action. Pursuant to Federal Rule of Civil Procedure 4(m), if a defendant is not served within ninety days after a complaint is filed, the Court "must dismiss the action without prejudice against that defendant" or "order that service be made within a specified time." Fed. R. Civ. P. 4(m). Since service to Defendants has not been completed, the Court will order that service be made within a specified time.

Accordingly,

**IT IS HEREBY ORDERED** that, no later than **Friday, June 14, 2024**, Plaintiffs must serve Defendants and file proof of such service. The failure to file proof of service of Defendants by that date will result in dismissal of this action without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

Dated this 7th day of June 2023.

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE